# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

Case No. 5D2024-1923
LT Case No. 2021-CA-000227

——————————————————

ANNA JURAVIN,

    Appellant,

    v.

PSR DEVELOPERS, LLLP, BELLA
COLLINA PROPERTY OWNER'S
ASSOCIATION, INC., THE CLUB AT
BELLA COLLINA, LLC, and DON
K. JURAVIN,

    Appellees.

——————————————————

On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

April S. Goodwin, of The Goodwin Firm, St. Petersburg,
for Appellant.

Michael S. Provenzale, of Lowndes, Drosdick, Doster, Kantor
& Reed, P.A., Orlando, for Appellee, PSR Developers, LLLP.

Laura J. Schindler, of Ryan Law Group, PLLC, North Palm
Beach, for Appellees, Bella Collina Property Owner's
Association, Inc. and The Club at Bella Collina, LLC.

No Appearance for Remaining Appellee.

August 6, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____